IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**TRICIA SCHMIDT**                                                                                     **PLAINTIFF**

NO. 18-5109

**MICHEL LAW FIRM; U.S. BANK N.A.;**
**CITIGROUP MORTGAGE LOAN TRUST, INC.;**
**WELL FARGO HOME MORTGAGE**                                         **DEFENDANTS**

<u>**ORDER**</u>

On this 28th day of September, 2018, plaintiff having failed to file a response to the show cause order filed September 17, 2018, plaintiff's complaint against defendants:

    MICHEL LAW FIRM
    U.S. BANK N.A.
    CITIGROUP MORTGAGE LOAN TRUST, INC.
    WELL FARGO HOME MORTGAGE

is hereby dismissed for failure to timely serve.

   IT IS ORDERED.

                              AT THE DIRECTION OF THE COURT
                              DOUGLAS F. YOUNG, CLERK


                              BY: S. Cummings
                                  Deputy Clerk